**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE __11/30/09__

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH T. ZENO<br>LA. DOC #356057 | CIVIL ACTION NO. 09-0911 |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| WARDEN BURL CAIN | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitations period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this __30__ day of __November__, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE